## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:25-CR-00163 |
| v. | : | |
| STEVEN ALEXANDER HARTFORD, Defendant. | : | (Judge Munley) |
| | : | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 871(a)
(Threats Against the Vice President)

#### INTRODUCTION

At times material to this Superseding Information:

1. VICTIM 1 was the Vice President of the United States.

2. TikTok was a social-media platform that allowed users to create, share, comment on, and discover short-form videos.

3. Defendant, Steven Alexander HARTFORD, accessed, used, and controlled TikTok account "thealex13one13."

4. On or about July 21, 2024, the Daily Mail, a British news organization, published a 17 second video on its TikTok account. The video showed VICTIM 1 with a caption, "Will [VICTIM 1] be the next Democratic nominee?" At approximately 7:32 p.m., "thealex13one13" commented, "*I will assassinate her if she runs for pres.*"

5. On or about July 21, 2024, the Daily Mail published a 12 second video on its TikTok account. The video showed VICTIM 1 with a caption, "could [VICTIM 1] replace Joe Biden?" At approximately 7:56 p.m., "thealex13one13" commented, "*I will assassinate her.*"

6. On or about July 22, 2024, "thealex13one13" made other comments on TikTok about and directed toward VICTIM 1, including: "*22 250 coming her way*"; "*5.56 for her*"; and "*5.56 waiting for her.*"

### STATUTORY ALLEGATION

7. Between on or about July 21, 2024 and July 22, 2024, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**STEVEN ALEXANDER HARTFORD,**

2

knowingly and willfully threatened to take the life of and inflict bodily harm upon VICTIM 1, the Vice President of the United States.

All in violation of Title 18, United States Code, Section 871(a).

BRIAN D. MILLER
United States Attorney

_____
K. WESLEY MISHOE
Assistant United States Attorney

_____
3/25/26

Date